**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                      Case No.: 1:08−cr−00107
                                                Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 24, 2009:

      MINUTE entry before the Honorable Elaine E. Bucklo: as to defendants, Donald Thomas, Joseph Miller, John Lewis, James Green, Christopher Marchetti and Alonzo Braziel; Final pretrial conference held on 2/24/2009. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.