# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                     Case No.: 1:08−cr−00107
                                                           Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 26, 2009:

      MINUTE entry before the Honorable Elaine E. Bucklo: The order of 2/25/2009 is amended as follows: With respect to the trial of Donald Thomas, Joseph Miller, John Lewis and Alonzo Braziel, trial is scheduled to begin at 9:30 a.m. on March 2, 2009. Jury selection will follow the procedure discussed in court. All other parts of the order on 2/25/2009 stand. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.