**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA
           Plaintiff,

v.                    Case No.: 1:08−cr−00107
                   Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 27, 2009:

  MINUTE entry before the Honorable Elaine E. Bucklo: The government's motion to dismiss counts 10 and 16 of the indictment as to Joseph Miller [327] is granted. The government's motion [310] to amend or correct a non−substantive error in the indictment is granted with respect to the defendants who begin trial on 3/2/09. (The remaining defendants have stated that they object and if they continue to object shall file a memorandum in support of their objections by 3/10/09.) Only one of the defendants going to trial on Monday indicated an objection and he indicated he would file a brief in support if he continued to object. No brief has been filed. I conclude, at least for purposes of the case that is going to trial on Monday, that the amendment, changing from Chicago to Rockford the location of JP Morgan Chase, is nonsubtantive under the cases cited by the government. No appearance necessary on 3/2/2009 regarding these motions. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.